IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JASON ANTHONY HERRERA,

    Petitioner,

v.                                                  CV 15-944 JB/WPL

JAMES MULHERON, Warden,

    Respondent.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte* on a review of the record. Jason Anthony Herrera filed his Petition for Writ of Habeas Corpus (State) Under 28 U.S.C. § 2241 on October 21, 2015. (Doc. 1.) I filed Proposed Findings and Recommended Disposition ("PFRD") on January 28, 2016, with instructions that Herrera file objections within fourteen days or waive any objections. (Doc. 8.) The PFRD was marked return to sender, unable to forward, "Paroled." (Doc. 9.)

District of New Mexico Local Rule 83.6 states that all parties appearing pro se "have a continuing duty to notify the clerk, in writing, of any change in their . . . mailing address." D.N.M.LR-Civ. 83.6. It appears that Herrera has failed to do so.

It is therefore ordered that Herrera must show cause in writing no later than February 26, 2016, why the Court should not dismiss the case for failure to comply with the Local Rules. Herrera shall simultaneously file a notice of address where he resides and any objections to the PFRD. Failure to respond to this Order shall constitute an independent basis for dismissal.

                                                                               _____
                                                                               UNITED STATES MAGISTRATE JUDGE